IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**MICHAEL JAMES GROOMS**
**ADC #128734**                                                                                              **PLAINITFF**

V.                              NO. 3:23-cv-00026-KGB-ERE

**KEVIN BELL**, *et al.*                                                                                      **DEFENDANTS**

## ORDER

Pending before the Court is Plaintiff Michal James Grooms' motion for leave to proceed *in forma pauperis* (IFP). *Doc. 3*. However, Mr. Grooms fails to include a jail account information sheet signed by an authorized official in his application. Without this information, the Court cannot approve Mr. Grooms' request to proceed IFP.

IT IS THEREFORE ORDERED THAT:

1. Mr. Grooms' motion to proceed IFP (*Doc. 3*) is DENIED.

2. The Clerk is directed to enclose, along with a copy of this Order, a new IFP application.

3. Within 30 days of this Order, Mr. Grooms must return a completed IFP application, including an accompanying affidavit and jail account information sheet, *or* pay the $402.00 filing fee. If he fails to do so, this lawsuit will be dismissed.

4. In addition, Mr. Grooms has notified the Court that he has requested that the jail administrator complete his IFP application. *Doc. 4*. However, she has

failed to do so. If Mr. Grooms continues to have problems receiving assistance in completing his IFP application, he should promptly notify the Court so that the Court can resolve this preliminary issue.

Dated this 21st day of February, 2023.

_____
UNITED STATES MAGISTRATE JUDGE