# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**MICHAEL JAMES GROOMS**
**ADC #128734**                                                                                       **PLAINITFF**

**V.**                         **NO. 3:23-cv-00026-KGB-ERE**

**KEVIN BELL,** *et al.*                                                                         **DEFENDANTS**

## ORDER

On February 21, 2023, the Court: (1) denied Plaintiff Michael James Grooms' motion for leave to proceed *in forma pauperis* (IFP) as incomplete; and (2) provided Mr. Grooms 30 days to file a complete IFP application or pay the statutory filing fee. *Doc. 6*.

On March 21, 2023, Mr. Grooms notified the Court that he: (1) has been transferred to the Arkansas Division of Correction ("ADC");[1] (2) has been unable to have a jail official complete his IFP application; and (3) could be transferred to another ADC unit.

IT IS THEREFORE ORDERED THAT:

1.   Mr. Grooms may have an additional 30 days to return a completed IFP application, including an accompanying affidavit and jail account information sheet, *or* pay the $402,00 filing fee. If he fails to do so, this lawsuit will be dismissed.

---

[1] Because Mr. Grooms did not indicate which ADC unit he is now incarcerated in, the Clerk is not instructed to update Mr. Grooms' address at this time.

2.	Mr. Grooms must promptly notify the Court of his current address.[2]

Dated this 27th day of March, 2023.

_____
UNITED STATES MAGISTRATE JUDGE

---

[2] The Court again reminds Mr. Grooms of his obligation to keep the Court informed of his current address. See *Doc. 2* and Local Rule 5.5(c)(2). If he fails to do so, this lawsuit may be dismissed.