IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**MICHAEL JAMES GROOMS**
**ADC #128734**                                                                                                           **PLAINITFF**

**V.**                                  **NO. 3:23-cv-00026-KGB-ERE**

**KEVIN BELL**, *et al.*                                                                                              **DEFENDANTS**

## ORDER

Pending before the Court is Plaintiff Michal James Grooms' motion for leave to proceed *in forma pauperis* (IFP). *Doc. 9*. However, Mr. Grooms again fails to include a jail account information sheet signed by an authorized official in his application. Without this information, the Court cannot approve Mr. Grooms' request to proceed IFP.

IT IS THEREFORE ORDERED THAT:

1.	Mr. Grooms' motion to proceed IFP (*Doc. 9*) is DENIED.

2.	The Clerk is directed to enclose, along with a copy of this Order, a new IFP application.

3.	Mr. Grooms currently has until April 28, 2023, to return a completed IFP application, including an accompanying affidavit and jail account information

sheet, or pay the $402.00 filing fee. If he fails to do so, this lawsuit will be dismissed.[1]

Dated this 12th day of April, 2023.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] Mr. Grooms again complains that the jail administrator refuses to assist him in completing his IFP application. The Court has contacted counsel for Randolph County in an attempt to resolve this preliminary matter.