# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**MICHAEL JAMES GROOMS**　　　　　　　　　　　　　　　　　　　　　　　**PLAINITFF**
**ADC #128734**

V.　　　　　　　　　NO. 3:23-cv-00026-KGB-ERE

**KEVIN BELL,** *et al.*　　　　　　　　　　　　　　　　　　　　　　　　　　**DEFENDANTS**

## ORDER

In his original complaint, Plaintiff Michael James Grooms alleges that: (1) Sheriff Kevin Bell and Jailer Melissa Sisco have been deliberately indifferent to his serious medical needs; and (2) the conditions of his confinement are unconstitutional. *Doc. 1*. He sues Defendants in their official capacity only. Because Mr. Grooms' original complaint was deficient, the Court postponed the screening process mandated by 28 U.S.C. § 1915A[1] to give Mr. Grooms an opportunity to file an amended complaint. *Doc. 12*. Mr. Grooms has now filed his amended complaint. *Doc. 13*.

---

[1] The Prison Litigation Reform Act requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee. 28 U.S.C. § 1915A(a). The Court must dismiss a complaint or a portion thereof if the prisoner has raised claims that: (a) are legally frivolous or malicious; (b) fail to state a claim upon which relief may be granted; or (c) seek monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915A(b). When making this determination, the Court must accept the truth of the factual allegations contained in the complaint, and it may consider the documents attached to the complaint. *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009); *Reynolds v. Dormire*, 636 F.3d 976, 979 (8th Cir. 2011).

In his amended complaint, Mr. Grooms fails to remedy several of the defects identified by the Court in its April 26, 2022 Order.[2] Rather, he: (1) continues to pursue unrelated claims; and (2) sues Defendants in their official capacity only.

Accordingly, the Court will provide Mr. Grooms one more opportunity to amend his complaint to remedy the defects previously identified by the Court. See *Doc. 12*.

IT IS THEREFORE ORDERED THAT:

1. Mr. Grooms may file a second amended complaint within thirty (30) days of the entry of this Order.

2. If Mr. Grooms fails to file a second amended complaint, the Court will screen the original complaint, which is likely to result in the dismissal of this case.

3. The Clerk is instructed to provide Mr. Grooms a copy of docket entry #12 and a blank 42 U.S.C. § 1983 complaint form, along with a copy of this Order.

So Ordered 9 May 2023.

_____
UNITED STATES MAGISTRATE JUDGE

---

[2] In his amended complaint, Mr. Grooms clarifies his custody status as a pre-trial detainee as the Court previously requested. *Doc. 13 at 3*.