# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**MICHAEL JAMES GROOMS**
**ADC #128734**                                                                                    **PLAINITFF**

V.                          NO. 3:23-cv-00026-KGB-ERE

**MELISSA SISCO**                                                                                   **DEFENDANT**

## ORDER

Pending before the Court is Plaintiff Michael James Grooms' motion for a status update. *Doc. 22*. In his motion, Mr. Grooms states that "the last [he] heard they we're[sic] having trouble finding [Melissa Sisco]."

On July 29, 2023, the Court issued service for Ms. Sisco at her last-known address provided to the Court under seal by counsel for Randolph County. *Doc. 21*. That summons has not yet been returned either executed or unexecuted.[1]

IT IS THEREFORE ORDERED THAT:

1. Mr. Grooms' motion for a status update (*Doc. 22*) is GRANTED.

2. The Clerk in instructed to provide Mr. Grooms copies of docket entry #21 and the docket sheet for this lawsuit, along with a copy of this Order.

---

[1] If the summons recently issued to Ms. Sisco is returned to the Court unexecuted, Mr. Grooms is reminded that it will be his responsibility to provide a valid service address at which Ms. Sisco can be served. See Initial Order, *Doc. 2 at 2*.

So Ordered 6 September 2023.

_____
UNITED STATES MAGISTRATE JUDGE