## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**MICHAEL JAMES GROOMS**
**ADC #128734**                                                                    **PLAINITFF**

**V.**                          **NO. 3:23-cv-00026-KGB-ERE**

**MELISSA SISCO**                                                                  **DEFENDANT**

### ORDER

Mail from the Court to Plaintiff Michael James Grooms has recently been returned to the Court "undeliverable" with the notation that Mr. Grooms has been transferred to the Tucker Unit. *Doc. 30*.

IT IS HEREBY ORDERED THAT:

1.      The Clerk is instructed to update Mr. Grooms' address to the Tucker Unit of the Arkansas Division of Correction.

2.      The Clerk is also instructed to provide Mr. Grooms a copy of docket entry #29, along with a copy of this Order.

Dated 24 October 2023.

_____
UNITED STATES MAGISTRATE JUDGE