IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MICHAEL JAMES GROOMS**  **PLAINTIFF**
**ADC #128734**

v.                      Case No. 3:23-cv-00026-KGB-ERE

**KEVIN BELL,** *et al.*                          **DEFENDANTS**

## ORDER

The Court has reviewed the Partial Recommended Disposition submitted by United States Magistrate Judge Edie R. Ervin (Dkt. No. 18). Plaintiff Michael James Grooms has not filed any objections, and the time to file objections has passed. Accordingly, after careful consideration, the Court concludes that the Partial Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (Dkt. No. 18).

The Court:

1. dismisses without prejudice Mr. Grooms's claims against Melissa Sisco in her official capacity (Dkt. Nos. 1, 13).

2. dismisses without prejudice Mr. Grooms's claim regarding the alleged unconstitutional conditions of his confinement based on his failure to state a plausible claim for relief (Dkt. Nos. 1, 13)

It is so ordered this the 3rd day of September, 2024.

Kristine G. Baker
Chief United States District Judge