**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**MICHAEL JAMES GROOMS**                                                    **PLAINTIFF**
**ADC #128734**

**v.**                          **Case No. 3:23-cv-00026-KGB-ERE**

**KEVIN BELL,** *et al.*                                                    **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommendation ("Partial Recommendation") submitted by United States Magistrate Judge Patricia S. Harris (Dkt. No. 50). Plaintiff Michael James Grooms has not filed any objections, and the time to file objections has passed. Accordingly, after careful consideration, the Court concludes that the Partial Recommendation should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (Dkt. No. 50). The Court grants, in part, and denies, in part, defendant Melissa Sisco's motion for partial summary judgment (Dkt. No. 42). The Court permits Mr. Grooms's claims regarding treatment for his ear infection and not receiving certain medications to proceed, and the Court dismisses without prejudice Mr. Grooms's other claims for failure to exhaust his available administrative remedies.

It is so ordered this the 3rd day of February, 2025.

Kristine G. Baker
Chief United States District Judge