# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**MICHAEL JAMES GROOMS**　　　　　　　　　　　　　　　　**PLAINTIFF**
**ADC #128734**

v.　　　　　　　　　No: 3:23-cv-00026-KGB-PSH

**MELISSA SISCO**　　　　　　　　　　　　　　　　　　　　　**DEFENDANT**

## PROPOSED FINDINGS AND RECOMMENDATION

## INSTRUCTIONS

The following Recommendation has been sent to Chief United States District Judge Kristine G. Baker. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

## DISPOSITION

Plaintiff Michael James Grooms filed a *pro se* complaint on January 30, 2023, while incarcerated in the Randolph County Jail (Doc. No. 1).[1] On August 27, 2025, defendant Melissa Sisco filed a notice stating that mail sent to Grooms at his address

---

[1] Grooms was later transferred to the Arkansas Division of Correction's Tucker Unit. *See* Doc. No. 31.

of record had been returned as undeliverable (Doc. No. 58). On September 3, 2025, the Court entered an order directing Grooms to provide notice of his current mailing address no later than thirty days from the entry of the September 3 text order (Doc. No. 59). He was warned that his failure to provide a current mailing address would cause the undersigned to recommend his complaint be dismissed. A printed version of the text order was sent to him at his last known address. The envelope containing the Court's September 3 order could not be delivered to Grooms because he was no longer at the address he provided, and the envelope was returned to the Clerk of the Court and entered on the docket. *See* Doc. No. 60.

More than 30 days have passed, and Grooms has not complied or otherwise responded to the September 3 order. Accordingly, the Court finds that this action should be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2) and failure to respond to the Court's orders. *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (District courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

It is therefore recommended that Grooms' complaint (Doc. No. 1) be dismissed without prejudice. All pending motions should be denied as moot.

DATED this 7th day of October, 2025.

_____
UNITED STATES MAGISTRATE JUDGE