IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**MICHAEL JAMES GROOMS**                                                                                    **PLAINTIFF**
**ADC #128734**

v.                                    Case No. 3:23-cv-00026-KGB

**KEVIN BELL,** *et al.*                                                                                        **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommendation ("Recommendation") submitted by United States Magistrate Judge Patricia S. Harris (Dkt. No. 61). Plaintiff Michael James Grooms has not filed any objections, and the time to file objections has passed. Accordingly, after careful consideration, the Court concludes that the Recommendation should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (Dkt. No. 61). Pursuant to this Order and the prior Orders entered in this case, the Court dismisses this action without prejudice for Grooms's failure to comply with Rule 5.5 of the Local Rules of the United States District Court for the Eastern and Western Districts of Arkansas. The Court denies as moot the motion for summary judgment of defendant Melissa Sisco, in her official and individual capacities (Dkt. No. 54). The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

It is so ordered this the 29th day of December, 2025.

                                                               Kristine G. Baker
                                                               Chief United States District Judge