IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**MICHAEL JAMES GROOMS**                                                                                       **PLAINTIFF**
**ADC #128734**

v.                                    Case No. 3:23-cv-00026-KGB

**KEVIN BELL,** *et al.*                                                                                                **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Michael James Grooms's complaint, first amended complaint, and second amended complaint are dismissed without prejudice (Dkt. Nos. 1; 13; 16).  The relief sought is denied.  The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

It is so adjudged this the 29th day of December, 2025.

*[signature: Kristine G. Baker]*

Kristine G. Baker
Chief United States District Judge